IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **UNITED STATES OF AMERICA** | Criminal No. 3:22-CR-101 (TJM) |
| **v.** | **Information** |
| **RONALD SMITH,** | Violations: 18 U.S.C. § 2252A(a)(1) [Transportation of Child Pornography] |
| **Defendant.** | 18 U.S.C. § 2252A(a)(5)(B) [Possession of Child Pornography] |
| | 2 Counts & Forfeiture Allegation |
| | County of Offense: Broome |

**THE UNITED STATES ATTORNEY CHARGES:**

**COUNT 1**
**[Transportation of Child Pornography]**

On or about February 2, 2020 through February 4, 2020, in Broome County in the Northern District of New York, the defendant, **RONALD SMITH**, did knowingly transport child pornography using a means and facility of interstate and foreign commerce and in and affecting such commerce by any means, including by computer, in that using a smart cellular device connected to the Internet, a Samsung Galaxy J3 Orbit, the defendant uploaded to his Gmail account two graphic image files depicting one or more minors engaged in sexually explicit conduct, in violation of Title 18, United States Code, Section 2252A(a)(1).

**COUNT 2**
**[Possession of Child Pornography]**

On or about February 14, 2020, in Broome County, in the Northern District of New York, the defendant, **RONALD SMITH**, did knowingly possess material that contained one or more

images of child pornography that had been shipped and transported using a means and facility of interstate and foreign commerce, and in and affecting such commerce by any means, including by computer, and that was produced using materials that had been shipped and transported in and affecting such commerce by any means, including by computer, that is a Dell Laptop, Model D830, manufactured in Malaysia, containing numerous graphic image and video files of minors engaged in sexually explicit conduct in violation of Title 18, United States Code, Section 2252A(a)(5)(B).

## PRIOR CONVICTION ALLEGATIONS

The defendant, **RONALD SMITH,** has the following final prior federal convictions under Title 18, Chapter 110 of the United States Code:

On March 4, 1999, he was convicted in the United States District Court for the Northern District of New York of Transportation of Child Pornography, in violation of Title 18, United States Code, Section 2252(a)(1), and was sentenced on July 7, 1999 to 54 months imprisonment and three years of supervised release.

On May 27, 2005, he was convicted in the United States District Court for the Middle District of Florida of Attempted Distribution and Distribution of Child Pornography, in violation of Title 18, United States Code, Section 2252A(a)(2)(A), and Attempted Possession and Possession of Child Pornography, in violation of Title 18, United States Code, Section 2252A(a)(5)(B), and was sentenced on October 27, 2005 to 204 months imprisonment and ten years supervised release.

These prior convictions affect the penalty provisions of Counts 1 and 2, pursuant to Title 18, United States Code, Sections 2252A(b)(1) and (b)(2).

## FORFEITURE ALLEGATION

The allegations contained in Counts 1 and 2 of this Information are hereby realleged and incorporated by reference for the purposes of alleging forfeiture, pursuant to Title 18, United States Code, Section 2253(a)(3).

Pursuant to Title 18, United States Code, Section 2253(a)(3), upon conviction of an offense in violation of Title 18, United States Code, Section 2252A, the defendant, **RONALD SMITH** shall forfeit to the United States of America any property, real and personal, used and intended to be used to commit and to promote the commission of such offenses, and any property traceable to such property. The property to be forfeited includes, but is not limited to, the following:

a) One Dell Latitude Laptop, Model D830, Service Number DTMFDGI; and

b) One Samsung Galaxy J3 Orbit, Model SM-S367L, IMEI 359265100207774.

Dated: ~~March 31, 2022~~ April 28, 2022

CARLA B. FREEDMAN
United States Attorney

By: ______________________________
Kristen L. Grabowski
Assistant United States Attorney
Bar Roll No. 700658